FILED IN
COURT OF CRIMINAL APPEALS

December 22, 2015

ABEL ACOSTA, CLERK

GRANT
12/22/15
*Bert Richards*
WITH PERMISSION K-H

No. PD-0984-15

PD-0984-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/22/2015 8:28:56 AM
Accepted 12/22/2015 8:40:27 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS

## OF THE STATE OF TEXAS

WENDEE LONG,                                                    Appellant

v.

THE STATE OF TEXAS,                                            Appellee

Appeal from Denton County

\* \* \* \* \*

## STATE'S MOTION TO EXTEND TIME FOR FILING ITS BRIEF
\* \* \* \* \*

Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300

John R. Messinger
Asst. State Prosecuting Attorney
Bar I.D. No. 24053705

P. O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now the State of Texas, by and through its State Prosecuting Attorney, and respectfully submits to the Court its motion to extend the time for filing its brief to and including the 22nd day of December, 2015. A previous extension was granted until December 21, 2015, and the State's brief was timely submitted. However, it was subsequently discovered that it contains the name of someone who was a minor at the time at least one aspect of the offense was committed. In order to fully comply with TEX. R. APP. P. 9.10, the State is filing a version of its brief in which a pseudonym is used. There are no substantive changes.

WHEREFORE, the State prays that its motion to extend the time for filing its petition until December 22, 2015, be granted.

Respectfully submitted,

/s/ John R. Messinger
JOHN R. MESSINGER
Assistant State Prosecuting Attorney
Bar I.D. No. 24053705

P.O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)

1

# CERTIFICATE OF SERVICE

A copy of the foregoing State's Motion to Extend the Time for Filing its Brief

has been eFiled or e-mailed on this the 22nd day of December, 2015 to:

Andrea R. Simmons
1450 East McKinney
Denton, Texas 76209
Andrea.Simmons@dentoncounty.com

Bruce Anton
2311 Cedar Springs, Suite 250
Dallas, Texas 75201
ba@sualaw.com

                                         /s/ John R. Messinger
                                         John R. Messinger
                                         Assistant State Prosecuting Attorney